UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------- X
JASON COSTA, PHILIP LABONTE, and
MICHAEL MARTIN, collectively professionally known
as "All That Remains",

                  Plaintiffs,

   -against-

ELIZABETH HERBERT, individually and as Executrix of
THE ESTATE OF OLIVER S. HERBERT,

                  Defendants,

  -and-

CONCORD MUSIC GROUP, INC.,

                  Nominal Defendant.
---------------------------------------- X

Case No: 3:23-cv-00024-AWT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties, that the above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to any party against the other.

Dated: February 7, 2024

| | |
|---|---|
| REITLER KAILAS & ROSENBLATT LLP | JACOBI & CASE, P.C. |
| /s/ Julie B. Wlodinguer | /s/ Edward M. Schenkel |
| By: Julie B. Wlodinguer (phv207253) | Edward M. Schenkel (ct28012) |
| 885 Third Avenue, 20th Floor | 185 Plains Road, Suite 103E |
| New York, New York 10022 | Milford, CT 06461 |
| Tel.: (212) 209-3050 | Tel.: (203) 874-7110 |
| jwlodinguer@reitlerlaw.com | eschenkel@jacobicase.com |
| *Attorneys for Plaintiffs* | *Attorneys for Elizabeth Herbert* |

LAW OFFICES OF ROBERT S. BESSER

/s/ Robert S. Besser
Robert S. Besser, Esq. (admitted *pro hac vice*)
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Tel.: (310) 394-6611
rsbesser@aol.com
*Attorneys for Nominal Defendant Concord Music Group, Inc.*

**SO ORDERED**

_____
Hon. Alvin W. Thompson, U.S.D.J